**REED SMITH LLP**
*Formed in the State of Delaware*
Greyson K. Van Dyke, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel (609) 987-0050
Fax (609) 951-0824
*Attorneys for Defendant Synchrony Bank*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Harry B. Bussey, III, | Civil Action No.: |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Synchrony Bank, | |
| Defendant. | |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Synchrony Bank ("Synchrony") hereby removes the above-captioned matter from the Superior Court of New Jersey, Law Division, Monmouth County to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Synchrony states as follows:

**I.    BACKGROUND**

1.    On October 14, 2022, Harry B. Bussey, III ("Plaintiff") commenced this action in the Superior Court of New Jersey, Law Division, Monmouth County

("State Court Action") by filing a Complaint ("Complaint"). A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2. The State Court Action arises from a dispute regarding a credit card account. *See generally,* Exhibit A.

3. In the Complaint, Plaintiff alleges violations of the Fair Credit Billing Act 15 U.S.C., § 1666 and the Truth In Lending Act, 15 U.S.C., § 1601. *Id.*

4. On November 10, 2022, Plaintiff served a copy of the Summons and Complaint on Synchrony.

## II. REMOVAL TO THIS COURT IS PROPER

5. Removal of this action is proper under 28 U.S.C. § 1441(a), which allows for the removal of any civil action over which the district courts of the United States would have original jurisdiction.

6. Synchrony is removing this matter on the basis of federal question jurisdiction under 28 U.S.C. § 1331.

7. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 in that it is a civil action arising under the laws of the United States, specifically the Truth In Lending Act, 15 U.S.C., § 1601, *et seq.* and the Fair Credit Billing Act 15 U.S.C., § 1666, *et seq.*

8. Accordingly, had the Complaint been brought in the United States District Court for the District of New Jersey in the first instance, this Court would

have had original jurisdiction over the subject matter under 28 U.S.C. § 1331.  As a result, this action is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

9. The Superior Court of New Jersey, Law Division, Monmouth County is located within the United States District Court for the District of New Jersey. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

### III. REMOVAL TO THIS COURT MEETS PROCEDURAL REQUIREMENTS

10. **Removal Is Timely.**  Synchrony was served with the Summons and Complaint on November 10, 2022, and therefore, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

11. **Notice.**  Synchrony will promptly serve Plaintiff and file with this Court its Notice of Removal, informing Plaintiff that this matter has been removed to federal court. *See* 28 U.S.C. §§ 1446(a), (d).  Synchrony will also promptly file with the Clerk of the Superior Court of New Jersey, Law Division, Monmouth County, and serve on Plaintiff, a Notice to Clerk of Removal to Federal Court, pursuant to 28 U.S.C. § 1446(d).

12. **Bond and Verification.** Pursuant to Section 1016 of the Judicial Improvements and Access to Justice Act of 1988, no bond is required in connection

with this Notice of Removal. Pursuant to Section 1016 of the Act, this Notice need not be verified.

13. **Signature.** This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

14. **No Waiver of Defenses.** Synchrony has good and sufficient defenses to this action and does not waive any defenses, jurisdictional or otherwise, by the filing of this notice.

15. **Pleadings and Process Have Been Provided.** Pursuant to 28 U.S.C. Section 1446(a), a true and correct copy of the docket from the State Court Action with all filed pleadings is attached hereto as **Exhibit B.**

16. **This Is the Only Request for Removal.** Synchrony has not made a previous application for the relief requested herein.

**WHEREFORE**, Synchrony respectfully requests this case be removed from the Superior Court of New Jersey, Law Division, Monmouth County to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

**REED SMITH LLP**

Dated: December 12, 2022

*/s/Greyson K. Van Dyke*
Greyson K. Van Dyke